USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| BOBBY L. HUGHLEY JR., <br><br> Plaintiff, <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC, NELNET, INC., KICKOFF LENDING, LLC, <br><br> Defendants. | Case No.: 1:25-cv-00861-MKV |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel for Defendant Experian Information Solutions, Inc. filed by attorney Jonathan P. Floyd of the law firm Troutman Pepper Locke LLP in the above-captioned case is hereby **GRANTED**.

The Clerk of Court is directed to remove Mr. Floyd from the docket.

Dated: _____5/15/2025_____

_Mary Kay Vyskocil_
Hon. Mary Kay Vyskocil
United States District Judge