UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOBBY L. HUGHLEY JR.,

                Plaintiff,

    -v-

EXPERIAN INFORMATION
SOLUTIONS, INC., ET AL.,

            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/26/2026_

**ORDER**

25-CV-861 (MKV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of Defendant Trans Union, LLC's letter motion, ECF No. 53 (the "Letter Motion"), requesting to adjourn the March 31, 2026 conference. The Letter Motion is **GRANTED**, and the conference is adjourned to **April 2, 2026 at 3:00 p.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 280 561 46#).

    The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 53 as **GRANTED**.

**SO ORDERED.**

Dated: March 26, 2026
       New York, New York

Henry J. Ricardo
United States Magistrate Judge

1