UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOBBY L. HUGHLEY JR.,

                Plaintiff,

        -v-

EXPERIAN INFORMATION
SOLUTIONS, INC., ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/17/2026__

**ORDER**

25-CV-861 (MKV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter, ECF No. 57 (the "Letter"), requesting to extend the deadline to complete affidavits. The deadline for Plaintiff to complete and submit affidavits to Defendants is extended to **April 25, 2026**. However, <u>no other deadlines are extended</u>, including the deadline to produce other documents, which must be done immediately. As previously noted in the Court's April 2, 2026 order, ECF No. 56, <u>Plaintiff is warned that failure to comply with the above deadlines may result in the imposition of sanctions.</u>

The Clerk of Court is respectfully directed to mail a copy of this order to the pro se litigant.

**SO ORDERED.**

Dated: April 17, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1