# Buchanan
## Ingersoll · Rooney

**Alaric R. Taves**
215 440 4406
alaric.taves@bipc.com

640 Fifth Avenue
9th Floor
New York, New York  10019-6102
T 212 440 4400
F 212 440 4401

May 29, 2026

<u>**Via ECF**</u>
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

     **Re:    Hughley v. Experian, *et al.*, Index No.: 1:25-cv-00861-MKV**

Dear Judge Vyskocil,

With fact discovery presently set to close on June 15 and post-discovery dispositive motions to follow, I write to respectfully inquire as to the status of TransUnion's pending motion for judgment on the pleadings, initially filed November 26, 2025 (Dkt. 40). Plaintiff filed an opposition to the motion on December 15, 2025 (Dkt. 43), and TransUnion filed a reply in further support on December 17, 2025 (Dkt. 44). As such, the motion is fully briefed.

        Respectfully submitted,

        */s/ Alaric Taves*
        Alaric R. Taves, Esq.

        *Counsel for Defendant Trans Union, LLC*

cc:

Bobby L. Hughley Jr. (*via* e-mail)
b.hughleyjr@gmail.com
*Plaintiff pro se*

All counsel of record (*via* ECF)