**UNITED STATES DISTRICT COURT**
**SOUTHEN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| BOBBY L. HUGHLEY JR.,<br><br>                    Plaintiff,<br><br>        v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*,<br><br>                    Defendant. | Case No.: 1:25-cv-00861-MKV-HJR<br><br>Hon. Mary Kay Vyskocil<br>Hon. Henry J Ricardo |

<u>**NOTICE OF APPEARANCE**</u>

**To:    The Clerk of Court and all parties and counsel of record**

**PLEASE TAKE NOTICE** that Michael A. Guerra of the law firm VENABLE LLP,

151 West 42nd Street, 49th Floor, New York, New York 10036, hereby enters an appearance as

counsel for Defendant Experian Information Solutions, Inc. in the above-captioned action.

Dated: June 12, 2026

Respectfully submitted,
  **VENABLE LLP**

By: */s/ Michael A. Guerra*
        Michael A. Guerra (No. 089092013)
    151 West 42nd Street, 49th Floor
    New York, New York 10036
    Tel.: (212) 307-5500
    Fax: (212) 307-5598
    maguerra@venable.com

*Counsel to Defendant Experian*
*Information Solutions, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 12, 2026, I served a copy of the foregoing document upon the following by U.S. Mail and email.

Bobby L. Hughley Jr., *Pro se plaintiff*

148 West 130 Street

New York, NY 10027

*/s/ Michael A. Guerra*
Michael A. Guerra

*Counsel for Defendant Experian
Information Solutions, Inc.*