**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **BOBBY L. HUGHLEY, JR.,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 1:25-cv-00861-MKV-HJR** |
| **EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.,** | **MOTION TO WITHDRAW THE APPEARANCE OF JOHN E. KOMISIN** |
| **Defendants.** | |

Pursuant to Local Civil Rule 1.4(b), the undersigned, John E. Komisin, respectfully requests to withdraw as counsel for Defendant, Experian Information Solutions, Inc. ("Experian") in this matter. This case has been transferred to the law firm of Venable LLP representation and service as lead counsel. Experian will be represented by Michael A. Guerra of Venable LLP, who is admitted to this Court. The undersigned certifies that Experian is aware of the upcoming withdrawal, and that Experian consents. A proposed Order granting the Motion to Withdraw is attached hereto as **Exhibit A.**

Dated: June 15, 2026                    Respectfully submitted,

*/s/ John E. Komisin*
John E. Komisin
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point, 15th Floor
Richmond, VA 23219
Telephone: (804) 697-1872
Jed.komisin@troutman.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2026, I caused the foregoing document to be filed with the

Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel

of record. I further certify that I served a copy by U.S. Mail and email upon:

Bobby L. Hughley, Jr.
148 West 130 St
New York, NY 10027

*Pro se plaintiff*

/s/ John Komisin
John Komisin

*Attorney for Defendant Experian
Information Solutions, Inc.*

2

330587337