USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 8/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOBBY L. HUGHLEY JR.,

Plaintiff,

-against-

EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; NELNET, INC.; KICKOFF LENDING, LLC,

Defendants.

1:25-cv-00861 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter filed by Kikoff Lending, LLC ("Kikoff Lending") informing the Court that it has reached a settlement in principle with Plaintiff. [ECF No. 85]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued as to Kikoff Lending without costs to any party and without prejudice to restoring the action to this Court's calendar if the Plaintiff and Kikoff Lending are unable to memorialize their settlement in writing and as long as the application to restore the action is made by September 21, 2026. If no such application is made by that date, today's dismissal of the action as to Kikoff Lending is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). The Clerk of Court is respectfully requested to terminate Defendant Kikoff Lending.

**SO ORDERED.**

**Date: August 20, 2026**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**