USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOBBY L. HUGHLEY JR.,

Plaintiff,

-against-

EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; NELNET, INC.; KICKOFF LENDING, LLC,

Defendants.

1:25-cv-00861 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter filed by Defendant Nelnet Servicing, LLC (incorrectly named as Nelnet, Inc.) ("Nelnet") informing the Court that it has reached a settlement in principle with Plaintiff. [ECF No. 87]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued as to Nelnet without costs to any party and without prejudice to restoring the action to this Court's calendar if the Plaintiff and Nelnet are unable to memorialize their settlement in writing and as long as the application to restore the action is made by September 25, 2026. If no such application is made by that date, today's dismissal of the action as to Nelnet is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). The Clerk of Court is respectfully requested to terminate Defendant Nelnet.

**SO ORDERED.**

**Date: August 26, 2026**
**New York, NY**

Mary Kay Vyskocil

**MARY KAY VYSKOCIL**
**United States District Judge**